CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

OCT 0 9 2009

JOHN F. CORCORAN, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 6:05cr00023 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| BUFORD OTTO NOLEN | ) | By: Hon. Norman K. Moon |
| | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby **ORDERED** and **ADJUDGED** that respondent's motion to dismiss is **GRANTED**, and the above-referenced motion filed pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED**. This action shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for respondent.

**ENTER**: This 9th day of October, 2009.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE